**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BERNARDO ALVAREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **1:17-cv3237** |
| | ) | |
| | ) | |
| **SMASHY HAND CAR WASH, INC.,** | ) | **Hon. Marvin E. Aspen** |
| **AFRICA AUTO & BODY SHOP, INC., and** | ) | |
| **MUHAMMAD SHOAIB, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to Defendants, without prejudice, each party to bear its own costs and fees.  Plaintiff is granted leave to move to reinstate on or before March 23, 2018 in the event Defendants have not materially complied with the payment terms of the Settlement Agreement in this matter. The parties agree that reinstatement, if any, shall be for the sole purpose of collecting payments not timely made.   If Plaintiff has not moved to reinstate by March 23, 2018, dismissal will be automatically convert to be with prejudice.  By entering into this stipulation, Defendants are not admitting to any liability or wrongdoing to Plaintiff and deny violating any statute, law, or regulation.

Dated:  2/14/2018

| | |
|---|---|
| s/Carlos G. Becerra | s/Michael C. Goode |
| Carlos G. Becerra | Michael C. Goode |
| Becerra Law Group, LLC | 221 N. LaSalle St., Suite 1320 |
| 11 E. Adams St., Suite 1401 | Chicago, IL  60601 |
| Chicago, IL 60603 | Phone:  (312) 541-1331 |
| Phone: (312)957-9005 | Email:  lawoffice_mcgoode@yahoo.com |
| Email: cbecerra@law-rb.com | Attorney for Defendants |
| Attorney for Plaintiff | |